## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| RICHARD PIKE, | ) | 3:12-CV-0283-RCJ (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | February 13, 2013 |
| | ) | |
| BRAD HESTER, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:    THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:    LISA MANN    REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Defendants' request for exception for individual defendants to appear telephonically at settlement conference (#47) is **GRANTED**. Individual defendants shall be allowed to appear telephonically at the settlement conference set for February 21, 2013 at 9:00 a.m. Counsel shall make arrangements for all individual defendants to be present telephonically for the *entire duration* of the settlement conference without disconnecting from the telephone.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:___ /s/ _____

Deputy Clerk