## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| RICHARD PIKE, | ) | 3:12-CV-0283-RCJ (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | July 3, 2013 |
| | ) | |
| BRAD HESTER, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:      LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

   Before the court is defendants' joint motion to stay discovery and all other proceedings pending interlocutory appeal (#108).  Plaintiff opposed the motion (#117) and defendants replied (#124).

   **IT IS ORDERED** that defendants' joint motion to stay discovery and all other proceedings pending interlocutory appeal (#108) is **GRANTED**.

   **IT IS SO ORDERED.**

                                                        LANCE S. WILSON, CLERK

                                        By:   /s/
                                                        Deputy Clerk