THOMAS P. BEKO, ESQ. (#002653)
BRENT L. RYMAN, ESQ. (#008648)
ERICKSON, THORPE & SWAINSTON, LTD.
99 West Arroyo Street
P.O. Box 3559
Reno, Nevada 89505
Telephone: (775) 786-3930
*Attorneys for Defendants Elko County
and Sheriff Jim Pitts*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD PIKE, an individual<br><br>Plaintiff,<br><br>vs.<br><br>J. BRAD HESTER, in his official and individual capacities, SEAN MUNSON, in his official and individual capacities, RICK KEEMA, in his official and individual capacities, JIM PITTS, in his official and individual capacities, ELKO COUNTY SHERIFF'S OFFICE, a government entity and ELKO COUNTY NEVADA, a government entity,<br><br>Defendants.<br>_____/ | CASE NO: 3:12-cv-00283-RCJ-CBC<br><br>**STIPULATION AND**<br>**ORDER TO EXTEND TIME FOR**<br>**FILING OF JOINT FINAL**<br>**PRETRIAL ORDER**<br>*(First Request)* |

COME NOW, the parties, by and through their Attorneys of Record, and hereby stipulate to allow an additional time for filing of the Joint Final Pretrial Order in this matter, which is set for a two-week Jury Trial beginning November 20, 2018. The current deadline for filing the Joint Final Pretrial Order is this Thursday, September 13, 2018. Plaintiff's counsel has prepared a draft, which was circulated this past Thursday, September 6, 2018.

1 However, undersigned counsel for Defendants Elko County and Jim Pitts underwent a
2 scheduled surgical procedure that same day and has yet to return to the office. Counsel
3 anticipates he will be able to review the draft and participate in completion of a Joint Final
4 Pretrial Order early next week with the intention of completion for filing next Friday,
5 September 21, 2018.
6     With that in mind, at the request of undersigned counsel, the parties now stipulate to
7 an extension of time for filing of the Joint Final Pretrial Order up to and including next
8 Friday, September 21, 2018. The parties certify that the instant request is made in good faith,
9 for good cause as described above, and not for the purpose of undue delay.
10     DATED this 10th day of September, 2018.
11                                       LAW OFFICES OF JOHN STEPHENSON
12
13                                       /s John Stephenson
                                      JOHN NEIL STEPHENSON, ESQ. (#012497)
                                      5200 Summit Ridge Drive #2723
14                                       Reno, Nevada 89523
                                      *Attorneys for Plaintiff*
15 ///
16 ///
17 ///
18 ///
19     DATED this 10th day of September, 2018.
20
21                                       /s/ Brian Brown
                                      BRIAN M. BROWN, ESQ.
22                                       6590 South McCarran Blvd., Suite B
                                      Reno, Nevada 89509
23                                       *Attorneys for Defendant Hester*
24 ///
25 ///
26 ///
27 ///
28 ///

DATED this 10th day of September, 2018.

ERICKSON, THORPE & SWAINSTON, LTD.

/s/ Brent L. Ryman
THOMAS P. BEKO, ESQ. (#002653)
BRENT L. RYMAN, ESQ. (#008648)
ERICKSON, THORPE & SWAINSTON, LTD.
99 West Arroyo Street
P.O. Box 3559
Reno, Nevada 89505
Telephone: (775) 786-3930
*Attorneys for Defendants Elko County and Pitts*

## ORDER

Good cause appearing,

IT IS HEREBY ORDERED that parties shall have an extension to file the Joint Final Pretrial Order up to and including next Friday, September 21, 2018.

DATED this 12 day of September, 2018.

UNITED STATES DISTRICT COURT