Katherine F. Parks, Esq. - State Bar No. 6227
Brian M. Brown, Esq. – State Bar No. 5233
Thorndal Armstrong Delk Balkenbush & Eisinger
6590 S. McCarran Blvd., Suite B
Reno, Nevada 89509
(775) 786-2882
kfp@thorndal.com
bmb@tthorndal.com
Attorneys for Defendant
J. Brad Hester

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| RICHARD PIKE,<br>                Plaintiff,<br>vs.<br>J. BRAD HESTER, in his official and individual capacities, SEAN MUNSON, in his official and individual capacities; RICK KEEMA, in his official and individual capacities; JIM PITTS, in his official and individual capacities; ELKO COUNTY SHERIFF'S OFFICE, a government entity; ELKO COUNTY, Nevada, a government entity,<br>                Defendants. | CASE NO.  3:12-cv-00283-RCJ-CBC<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR FILING OF JOINT FINAL PRETRIAL ORDER (Second Request)** |

COME NOW, the parties, by and through their attorneys of record, hereby stipulate to allow an additional time for filing of the Joint Final Pretrial Order in this matter. The current deadline for filing the Joint Final Pretrial Order is Friday, September 21, 2018.

On August 14, 2018, the court held a status conference after the matter was remanded to the District Court, post appeal. At the status conference, the Court set trial to commence on November 26, 2018. In addition, the Court Ordered the Joint Pretrial Order to be filed on September 13, 2018. On September 10, 2018, the parties requested and were granted an extension of time to September 21, 2018. The parties now request a second extension of time up to and including Monday September 24, 2018.

Counsel for Plaintiff provided the initial draft of a proposed Joint Pre-Trial Order. Counsel for the Defendants coordinated their revision and were able to meet on Thursday,

1  September 20, 2018, after counsel for Defendant Hester returned to town that afternoon from
2  court hearings in Las Vegas.  Defendants provided Plaintiff's counsel their revisions and
3  additions to Plaintiff's counsel at approximately 5:00 p.m.  Counsel for Plaintiff advised all
4  counsel that he did not have sufficient time to review the information provided and requested
5  Defendants to stipulate to an extension of time for filing of the Joint Final Pretrial Order up to
6  and including Monday, September 24, 2018.  Defendants agree to this request. This request is
7  made in good faith and not for the purpose of delay.

| Dated this 21st day of September, 2018. | Dated this 21st day of September, 2018. |
|---|---|
| STEPHENSON LAW | ERICKSON, THORPE & SWAINSTON |
| By:   */s/ John Stephenson*<br>         JOHN N. STEPHENSON, ESQ.<br>         5200 Summit Ridge Dr. #2723<br>         Reno, NV 89523<br>         johnstephensonlaw@gmail.com<br>         *Attorney for Plaintiff*<br>         *Richard Pike* | By:   */s/ Brent Ryman*<br>         THOMAS P. BEKO, ESQ.<br>         BRENT L. RYMAN, ESQ.<br>         PAUL M. BERTONE, ESQ.<br>         99 West Arroyo Street<br>         P.O. Box 3559<br>         Reno, NV 89505<br>         pbertone@etsreno.com<br>         tbeko@etsreno.com<br>         bryman@etsreno.com<br>         *Attorneys for Defendants*<br>         *Elko County, Sean Munson, Rick*<br>         *Keema, and Jim Pitts* |
| DATED this 21st day of September, 2018.<br><br>THORNDAL ARMSTRONG<br>  DELK BALKENBUSH & EISINGER<br><br>By:   */s/ Brian Brown*<br>         BRIAN M. BROWN, ESQ.<br>         Nevada Bar No. 5233<br>         6590 S. McCarran Blvd., Suite B<br>         Reno, Nevada 89509<br>         (775) 786-2882<br>         bmb@thorndal.com<br>         *Attorney for Defendant*<br>         *J. Brad Hester* | |

1  *Pike v. Hester, et al.*                                    Case No. *3:12-cv-00283-RCJ-CBC*

3  **<u>ORDER</u>**

4  IT IS HEREBY ORDERED that the parties shall have an extension to file the Joint Pretrial Order up to and including Monday, September 24, 2018.

6  Dated this Nunc Pro Tunc:  September 21, 2018.

_____
UNITED STATES DISTRICT COURT