Katherine F. Parks, Esq. – State Bar No. 6227
Brian M. Brown, Esq. – State Bar No. 5233
Luke W. Molleck, Esq. – State Bar No. 14405
Thorndal Armstrong Delk Balkenbush & Eisinger
6590 S. McCarran Blvd., Suite B
Reno, Nevada 89509
(775) 786-2882
kfp@thorndal.com
bmb@tthorndal.com
lwm@thorndal.com
Attorneys for Defendant
J. Brad Hester

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

RICHARD PIKE,

    Plaintiff,

vs.

J. BRAD HESTER, in his official and individual capacities, SEAN MUNSON, in his official and individual capacities; RICK KEEMA, in his official and individual capacities; JIM PITTS, in his official and individual capacities; ELKO COUNTY SHERIFF'S OFFICE, a government entity; ELKO COUNTY, Nevada, a government entity,

    Defendants.

CASE NO.  3:12-cv-00283-RCJ-CBC

ORDER VACATING TRIAL
NOTICE OF SETTLEMENT

TO:    The Honorable Robert C. Jones:

    PLEASE TAKE NOTICE that the parties in the above-entitled matter have reached a settlement.  The parties are in the process of completing the terms of the settlement agreement and will be submitting a stipulation for dismissal with prejudice to the Court within the next sixty (60) days.

    In light of the foregoing, the parties respectfully request that the upcoming trial scheduled

/ / /

/ / /

/ / /

/ / /

- 1 -

to commence on November 26, 2018, be vacated.

DATED this 21st day of November, 2018.

THORNDAL ARMSTRONG
DELK BALKENBUSH & EISINGER

By: _/ s / **Brian Brown**_
    Katherine F. Parks, Esq. – SBN 6227
    Brian M. Brown, Esq. – SBN 5233
    Luke W. Molleck, Esq. – SBN 14405
    6590 S. McCarran Blvd., Suite B
    Reno, Nevada 89509
    (775) 786-2882
    kfp@thorndal.com
    bmb@thorndal.com
    lwm@thorndal.com
    Attorneys for Defendant
    J. Brad Hester

## ORDER

IT IS HEREBY ORDERED that the Jury Trial set for Monday, November 26, 2018 at 08:30A.M. is hereby VACATED.

IT IS FURTHER ORDERED that the parties shall file the Stipulation for Dismissal With Prejudice on or before Friday, February 22, 2019.

IT IS SO ORDERED this 21st day of November 2018.

_____
ROBERT C. JONES