# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD PIKE, an individual, | Case No.: 3:12-cv-00283-RCJ-CBC |
| Plaintiff. | STIPULATED DISMISSAL WITH PREJUDICE AND ORDER |
| vs. | |
| J. BRAD HESTER, in his official and individual capacities, SEAN MUNSON, in his official and individual capacities, RICK KEEMA, in his official and individual capacities, JIM PITTS, in his official and individual capacities, ELKO COUNTY SHERIFF'S OFFICE, a governmental entity, and ELKO COUNTY, NEVADA, a governmental entity. | |
| Defendants. | |

All claims in the above-entitled action having been settled, all parties to this action hereby stipulate, through their respective counsel, to the immediate dismissal with prejudice of this action, and all causes of action and claims filed therein pursuant to FRCP 41. All parties to bear their own legal fees and costs.

DATED: ~~December~~ January 16, ~~2018~~ 2019

STEPHENSON LAW, PLLC

_____
JOHN N. STEPHENSON
*Counsel for Plaintiff*

ERICKSON, THORPE & SWAINSTON

_____ 1/16/19
BRENT L. RYMAN
*Counsel for All Defendants Except Hester*

THORDNAL ARMSTRONG, et al.

_____
BRIAN BROWN
*Counsel for Defendant Brad Hester*

1

## ORDER

Based upon the foregoing stipulation, this matter is hereby dismissed with prejudice.

IT IS SO ORDERED.

DATED: January 18, 2019.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE